RECEIVED
MAR 1 1 2016
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Name and address of Plaintiff:
Robert Crenshaw
950 2nd Ave
Pgh, PA 15219

16-0286

v.

Full name, title, and business address
of each defendant in this action:

1. Warden Harper
950 2nd Ave
Pgh, PA 15219

2. Deputy Warden Wainwring
950 2nd Ave
Pgh, PA 15219

Use additional sheets, if necessary
Number each defendant.

See Attached sheet for 3, 4 and 5

Plaintiff brings this action against the above named and identified defendants on the following cause of action:

I. Where are you now confined? FBOP Allenwood Low / co Allegheny County Jail

What sentence are you serving? 46 months

What court imposed the sentence? US Federal Court Western District, West Virginia

II. Previous Lawsuits

A. Describe any and all lawsuits in which you are a plaintiff which deal with the same facts involved in this action. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs N/A

Defendants N/A

2. Court (if federal court, name the district; if state court, name the county) and docket number
N/A

3. Name of judge to whom case was assigned  N/A

4. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

5. Approximate date of filing lawsuit  N/A

6. Approximate date of disposition  N/A

B. Prior disciplinary proceedings which deal with the same facts involved in this action:

Where?
When?
Result:  N/A

III. What federal law do you claim was violated? 8th + 14th Amendments plus Medical rights

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

A. Date of event: 10/15 to 1/17/16

B. Place of event: Alleghney County Jail

C. Persons involved--name each person and tell what that person did to you:

See attached statement of fact

_____
_____
_____
_____
_____

V. Did the incident of which you complain occur in an institution or place of custody in this District? If so, where? __Alleghney County Jail_____

and answer the following questions:

A. Is there a prisoner grievance procedure in this institution?
Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓) No ( )

C. If your answer is YES,

1. What steps did you take? __talk with nurses, COs, PAs, Mental Health Tech And wrote requests and grievances__

2. What was the result? __No response__

D. If your answer is NO, explain why not: __N/A__

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
Yes (✓) No ( )

F. If your answer is YES,

1. What steps did you take? __wrote request + grievances__

2. What was the result? __No response__

VI. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

__Reward Plaintiff $25,000 in compensatory damages and $2,000 in punitive damages__

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

1/15/16
(Date)

_____ PRO se
(Signature of Plaintiff)