IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT CRENSHAW, )
)
    Plaintiff, ) Civil Action No. 16-286
) Judge Nora Barry Fischer
    v. ) Chief Magistrate Judge Maureen P. Kelly
)
WARDEN HARPER and MICHAEL )
BARFIELD, )
)
    Defendants. )
)
)
)

# **O R D E R**

AND NOW, this 17th day of January, 2017, after Plaintiff Robert Crenshaw filed an action in the above-captioned case, and after a Motion to Dismiss was filed by Defendants Warden Harper and Michael Barfield, ECF No. 32, and after a Report and Recommendation was filed by Chief United States Magistrate Judge Maureen P. Kelly, ECF No. 39, and upon consideration of the Objections filed by Plaintiff, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

    IT IS HEREBY ORDERED that the Motion to Dismiss, ECF No.32, is GRANTED.

    IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court,

at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

By the Court:

/s/ Nora Barry Fischer
United States District Judge

cc: Honorable Maureen P. Kelly
Chief United States Magistrate Judge

Robert Crenshaw
35524-068
FCC Allenwood
P.O. Box 1000
White Deer, PA 17887

All Counsel of Record Via CM-ECF